Elke E. Franklin
Special Assistant United States Attorney
State Bar of Texas No. 24045840
4050 Alpha Road, 13th Floor
Dallas, Texas 75244-4203
Telephone: 972.308.7900
Fax: 972.308.7960

Attorney for the United States
(Internal Revenue Service)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In Re: | § § § | |
| NANCY MACDONALD | § § | CASE NO. 07-32231-BJH-7 |
| Debtor. | § § | |

| | | |
|---|---|---|
| NANCY MACDONALD | § § | |
| Plaintiff. | § § | |
| v. | § § | ADVERSARY NO. 07-03332 |
| UNITED STATES OF AMERICA (INTERNAL REVENUE SERVICE) | § § § | |

ANSWER

COMES NOW the United States of America, on behalf of its agency, the Internal

Revenue Service (IRS), and responding to the Plaintiff's Complaint to Determine

Dischargeability of Debtor's Indebtedness to the Internal Revenue Service, admits, denies, and alleges as follows:

1. Admits.

2. Admits.

3. Admits.

4. Admits.

5. Admits. Alleges that the Debtor's tax liability for the 1999 and 2000 taxable years is dischargeable.

WHEREFORE, the United States of America, on behalf of its agency, the IRS, respectfully requests that Plaintiff's tax liabilities for the taxable years 1999 and 2000 be found dischargeable, and for such other and further relief as this Court may deem just and proper.

                                              RICHARD B. ROPER
                                              United States Attorney

Date: December 4, 2007         By: /s/ Elke E. Franklin
                                              Elke E. Franklin
                                              Special Assistant
                                              United States Attorney
                                              State Bar No. 24045840
                                              4050 Alpha Road, 13th Floor
                                              Mail Code 2000NDAL
                                              Dallas, Texas 75244-4203
                                              Telephone: 972.308.7925
                                              FAX No: 972.308.7960

# CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Answer has been made on December 4, 2007 either electronically or by mailing a copy thereof in a first class postage paid properly addressed envelope to:

>Louis A. Shaff
>Prevost & Shaff
>The Colonnade Tower II
>15303 Dallas Parkway, Suite 1030
>Addison, Texas 75001
>
>United States Trustee
>1100 Commerce Street, Room 976
>Dallas, Texas 75242

Date: December 4, 2007         /s/ Elke E. Franklin
                               ELKE E. FRANKLIN
                               Special Assistant
                               United States Attorney