

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed December 11, 2007            **United States Bankruptcy Judge**

---

BTXN 115 (rev. 11/03)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re:<br>Nancy Ann MacDonald | § § § § | Case No.: 07–32231–bjh7<br>Chapter No.: 7 |
| | Debtor(s) | |
| Nancy Ann MacDonald | § § | |
| | Plaintiff(s) § | Adversary No.: 07–03332–bjh |
| vs.<br>Internal Revenue Service | § § | |
| | Defendant(s) § | |

### ORDER DISMISSING ADVERSARY PROCEEDING

The underlying bankruptcy case having been dismissed, IT IS ORDERED that the adversary proceeding is DISMISSED without prejudice.

# # # End of Order # # #